HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD L. WILKERSON, ) | No. 06-1259 CW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Monday, August 21, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                              KEVIN V. RYAN
                                              United States Attorney




Dated: July 6, 2006                           /s/
                                              SARA WINSLOW
                                              Assistant U.S. Attorney




Dated: July 6, 2006                           /s/
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff
                                              EDWARD L. WILKERSON



IT IS SO ORDERED.


         7/17/06
Dated:
                                              HON. CLAUDIA WILKEN
                                              United States District Judge
```

STIPULATION AND ORDER

2