HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD L. WILKERSON, ) | No. 06-1259 CW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, September 20, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | KEVIN V. RYAN |
| 4 | | United States Attorney |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: August 18, 2006 | /s/ |
| 9 | | SARA WINSLOW |
|   | | Assistant U.S. Attorney |

Dated: August 18, 2006                 /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        EDWARD L. WILKERSON

IT IS SO ORDERED.

Dated:  9/1/06

HON. CLAUDIA WILKEN
United States District Judge

2

STIPULATION AND ORDER