HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD L. WILKERSON, | ) No. 06-01259 CW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Thursday, November 16, 2006 in which to e-file his Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

KEVIN V. RYAN
United States Attorney

Dated: October 20, 2006

/s/
SARA WINSLOW
Assistant U.S. Attorney

Dated: October 20, 2006

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
EDWARD L. WILKERSON

IT IS SO ORDERED.

Dated: 10/25/06

HON. CLAUDIA WILKEN
United States District Judge

STIPULATION AND ORDER

2