HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EDWARD L. WILKERSON, ) | No. 06-01259 CW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Thursday, November 30, 2006 in which to e-file his Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

1
2
3                                              KEVIN V. RYAN
4                                              United States Attorney
5
6
7
8  Dated: November 15, 2006                    /s/
                                               SARA WINSLOW
9                                              Assistant U.S. Attorney
10
11
12
13 Dated: November 15, 2006                    /s/
                                               HARVEY P. SACKETT
14                                             Attorney for Plaintiff
15                                             EDWARD L. WILKERSON
16
17 IT IS SO ORDERED.
18
19
   Dated:  11/16/06
20
                                               HON. CLAUDIA WILKEN
21                                             United States District Judge
22
23
24
25
26
27
28

                                    2
   STIPULATION AND ORDER