IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. WILKERSON,<br><br>           Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART, Commissioner,<br>Social Security Administration<br><br>           Defendant.<br>_____/ | No. C 06-1259 CW<br><br>ORDER ALLOWING<br>DEFENDANT TO FILE<br>SUR-REPLY |

    Plaintiff Edward L. Wilkerson moves for summary judgment. Defendant Jo Anne B. Barnhart, in her capacity as Commissioner of the Social Security Administration, opposes Plaintiff's motion and cross-moves for summary judgment.  In Plaintiff's reply brief, he argued for the first time that the administrative law judge erred by not considering Plaintiff's right-eye blindness in determining Plaintiff's residual functioning capacity and in posing a

hypothetical question to the vocational expert with regard to step five of his disability assessment of Plaintiff.  Because Defendant did not have an opportunity to address this argument, the Court grants Defendant ten days from the date of this Order to file a sur-reply of no longer than five pages to address Plaintiff's claim regarding his right-eye blindness.

IT IS SO ORDERED.

Dated: 1/4/07



CLAUDIA WILKEN
United States District Judge

2